UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ERIC MEADE** <br> REG. # 17781-032 | : | CIVIL ACTION NO. 2:18-cv-1384 |
| **VERSUS** | : | JUDGE JAMES |
| **RODNEY MYER** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 6] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** 26th day of March, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE